# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANIXA SANTIAGO RIVERA** | Civil Action No. 21-1243 |
| PLAINTIFF | |
| v. | |
| **SAN JORGE CHILDREN'S HOSPITAL, INC., CARLOS GONZÁLEZ AQUINO, JOHN DOES 1-100** | |
| DEFENDANTS | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs, Anixa Santiago Rivera (hereinafter "Plaintiff"), and Co-Defendant San Jorge Children's Hospital, Inc., d/b/a San Jorge Children's and Women's Hospital ("San Jorge"), (collectively, the "Parties"), by and through their undersigned counsel, and very respectfully hereby jointly stipulate to the dismissal with prejudice of all claims, and affirmative defenses alleged in this lawsuit, as follows:

1. The Parties, having voluntarily entered into a Confidential Settlement and Release Agreement (the "Agreement"), hereby stipulate to the dismissal of all claims alleged in this lawsuit with prejudice, and agree to the entry of an Agreed Order of Dismissal of All Claims with Prejudice, including all claims, and affirmative defenses.

2. The Parties shall each bear their own attorneys' fees and costs.

3. The instant case will continue as to Plaintiff and CO-Defendant Carlos González Aquino.

**WHEREFORE**, the Parties respectfully request that this Honorable Court enter an Order and Judgment approving the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 19th day of January 2022.

| | |
|---|---|
| **SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.** | **VELEZ LAW GROUP, LLC** |
| *Attorney for Defendants* | *Attorney for the Plaintiff* |
| 166 De La Constitution Ave. | 421 Ave. Muñoz Rivera |
| San Juan, Puerto Rico 00901 | Tenth Floor #1009 |
| Tel. (787) 289-9250 | San Juan, PR 00918 |
| Fax (787) 289-9253 | Tel. 787-599-9003 |
| | |
| ***s/ Fernando Sabater Clavell*** | ***s/ José C. Vélez-Colón*** |
| Fernando Sabater Clavell, Esq. | José C. Vélez-Colón |
| Bar Number: 228003 | Bar Number: 231014 |
| fsabater@scvrlaw.com | jvelez@velezlawgroup.com |