# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANIXA SANTIAGO RIVERA<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS GONZÁLEZ AQUINO, JOHN DOES 1-100**<br><br>Defendant(s) | Civil Action No. 21-1243 |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Anixa Santiago Rivera moves to dismiss the instant complaint as to Co-Defendant **Carlos Gonzalez Aquino** and Co-Defendant **John Does-100** WITH PREJUDICE.

**I HEREBY CERTIFY THAT** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**,

**DATED:** May 3, 2022.

**VELEZ LAW GROUP LLC**
Civil Rights Division

s/José Carlos Vélez-Colon
**JOSE CARLOS VÉLEZ COLÓN**
USDC-PR 231014
421 Ave. Muñoz Rivera #205
San Juan, PR 00918
T.: (787) 254-8267