# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Anixa Santiago-Rivera**
**Plaintiff,**
    v.

**San Jorge Children's Hospital, Inc. et al**
**Defendant**

Civil No. 21-1243 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued an Order on May 11, 2022.

Therefore, pursuant to the Court's Order, judgment is hereby entered. ECF No. 20 is NOTED and GRANTED. The case is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED,**

At San Juan, Puerto Rico, on this 11th day of May, 2022.

                             MARIA ANTONGIORGI-JORDAN, ESQ.
                             Clerk of Court

                             By: S/Cristina Dones-Taylor
                             Cristina Dones-Taylor, Deputy Clerk